**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 22, 2022.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-22-00829-CV**

**No. 14-22-00830-CV**

---

**IN RE MARK A LEPPARD, INDIVIDUALLY, AIR TECHNICS, AND ATI ADVANTAGE LLC, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause Nos. 16-04-23701 & 16-04-23701-A**

---

## MEMORANDUM OPINION

On November 9, 2022, relators Mark A Leppard, Individually, Air Technics, and ATI Advantage LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators

ask this court to compel the presiding judge of the 506th Judicial District Court of Waller County, to vacate the October 12, 2017 sanctions order and the October 12, 2017 final judgment.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.